# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2267
LT Case No. 2021-CF-19583-A

_____

CHRISTOPHER BAUM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
David C. Koenig, Judge.

Matthew J. Metz,, Public Defender, and Kathryn R. Radtke,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard A.
Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

October 24, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____